UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TELUCCI,<br><br>           Plaintiff,<br><br>      v.<br><br>RICHARD WITHROW, et al.,<br><br>           Defendants. | 1:16-cv-00025-JLT (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS |

Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, the Court **ORDERS**:

1. The Clerk's Office is DIRECTED to send plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**; and

2. **Within thirty days**, plaintiff SHALL submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or pay the $400.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **January 25, 2016**                     **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE